# BILL OF COSTS

## NINTH COURT OF APPEALS

09-15-00408-CV

## State Farm Lloyds

### v.

## Dennis Webb

### No. A-194,468 IN 58TH DISTRICT COURT, JEFFERSON COUNTY

| TYPE OF FEE | CHARGE | STATUS | BY |
|---|---|---|---|
| Filing | $15.00 | E-PAID | Cossette R Callahan |
| Filing | $15.00 | E-PAID | Jill McClure |
| Filing | $10.00 | E-PAID | Cossette R Callahan |
| Filing | $10.00 | E-PAID | Kristine Holubec |
| Filing | $10.00 | E-PAID | Jill McClure |
| Filing | $10.00 | E-PAID | Meagan Martin |
| Filing | $10.00 | E-PAID | Meagan Martin |
| Filing | $10.00 | E-PAID | Cossette R Callahan |
| Filing | $10.00 | E-PAID | Cossette R Callahan |
| Filing | $10.00 | E-PAID | Brenda K Lauve |
| Filing | $10.00 | E-PAID | Jill McClure |
| Reporter's record | $6,834.60 | PAID | David J. Fisher |
| Clerk's record | $940.00 | PAID | Hampton Skelton |
| Statewide efiling fee | $30.00 | PAID | Skelton & Woody |
| Indigent | $25.00 | PAID | Skelton & Woody |
| Sup Ct chpter 51 fee | $50.00 | PAID | Skelton & Woody |
| Filing | $100.00 | PAID | Skelton & Woody |

**Balance of costs owing to the Ninth Court of Appeals, Beaumont, Texas: $ 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CAROL ANNE HARLEY, CLERK** OF THE NINTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE NINTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Ninth District of Texas, this April 2, 2018.

**CAROL ANNE HARLEY**
**CLERK OF THE COURT**